The People of the State of New York, Respondent,
against
Davon Howard Banks, Appellant.



Appeal from three judgments of the Justice Court of the Town of Mount Pleasant, Westchester County (Nicholas C. Masselli, J.), rendered October 31, 2013. The judgments convicted defendant, upon his pleas of guilty, of two charges of obstructing governmental administration in the second degree and one charge of assault in the third degree, respectively. Defendant's appellate counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]) seeking leave to withdraw as counsel.




ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
Iannacci, J.P., Marano and Tolbert, JJ., concur.
Decision Date: May 25, 2016